UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUBLAS ARGUIJO,

      Plaintiff,

                                                   Case No. 1:20-cv-378

v.

                                                   HON. JANET T. NEFF

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

      Defendants.

_____/

## ORDER

Pending before the Court is Defendants' Motion to seal their pre-motion conference request (ECF No. 5), seeking leave to file under seal their proposed pre-motion conference request (ECF No. 8). The Court, having reviewed the filings, finds that the request is properly denied. While Defendants may be statutorily prohibited from using or disclosing any information that relates to an alien who is the beneficiary of certain applications for relief, Defendants did not specifically identify any information in their proposed pre-motion conference request that relates to Plaintiffs that would require sealing the document. Accordingly:

**IT IS HEREBY ORDERED** that the Motion to seal the pre-motion conference request (ECF No. 5) is DENIED.

**IT IS FURTHER ORDERED** that the Proposed Order (ECF No. 6) and the Proposed Pre-motion Conference Request (ECF No. 8) are STRICKEN.

Dated: July 13, 2020                                       /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                      United States District Judge