UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUBLAS ARGUIJO,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

    Defendants.
_____/

Case No. 1:20-cv-378

HON. JANET T. NEFF

**ORDER**

Pending before the Court is Defendants' Pre-motion Conference Request concerning their anticipated motion to dismiss (ECF No. 13). The Court will require the parties to, not later than July 30, 2020, file a joint notice indicating whether the parties agree or do not agree to have a United States Magistrate Judge conduct any and all further proceedings in the instant case, including trial, and to order the entry of final judgment.[1]

**IT IS SO ORDERED**.

Dated: July 16, 2020

       /s/ Janet T. Neff
       JANET T. NEFF
       United States District Judge

---

[1] If the parties consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), an Order of Reference will be issued transferring the matter to the magistrate judge and allowing appeals to be taken to the United States Court of Appeals for the Sixth Circuit, in accordance with 28 U.S.C. § 636(c) and FED. R. CIV. P. 73(c).